# EXHIBIT A





# Rappoport, DeGiovanni & Caslowitz, Inc.

989 Waterman Avenue, East Providence, Rhode Island 02914-1314    (401) 437-3000

ATTORNEYS AT LAW

Stephen M. Rappoport*
Jack R. DeGiovanni, Jr.*
Andrew S. Caslowitz

Michael J. Farley*

*Also Member Massachusetts Bar

December 14, 2021

DEC 20 2021

KLLM Transport Services, LLC
135 Riverview Drive
Richland, MS 39218

Re:  Walter Machado et al. v. Jeremy Wood et al.

Dear KLLM Transport Services, LLC:

Please be advised that this correspondence and the related enclosures are being sent as notice of service, pursuant to Rhode Island General Laws 31-7-7.

Pursuant to the above referenced statute, enclosed please find a copy of the Complaint, Jury Trial Demand and a Summons with Proof of Service upon the Administrator of the Division of Motor Vehicles the above referenced lawsuit.

Very truly yours,

*Stephen M. Rappoport*

Stephen M. Rappoport, Esq.

SMR/hng

Enclosures

*Via certified mail/ return receipt requested: 7012 1010 0000 7312 2881*

Fax (401) 437-3037



# STATE OF RHODE ISLAND
## SUPERIOR COURT
### SUMMONS

| | |
|---|---|
| | **Civil Action File Number** PC-2021-07406 |
| **Plaintiff** Walter Machado et al. v. Jeremy Wood et al. **Defendant** | **Attorney for the Plaintiff or the Plaintiff** Stephen Mark Rappoport |
| | **Address of the Plaintiff's Attorney or the Plaintiff** RAPPOPORT DEGIOVANNI & CASLOW 989 WATERMAN AVENUE EAST PROVIDENCE RI 02914-1314 |
| Licht Judicial Complex Providence/Bristol County 250 Benefit Street Providence RI 02903 (401) 222-3250 | **Address of the Defendant** c/o Office of the Administrator Rhode Island Division of Motor Vehicles 600 New London Ave. Cranston, RI 02920 |

**TO THE DEFENDANT, KLLM Transport Services, LLC.:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 12/9/2021. | /s/ Stephen Burke Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND
# SUPERIOR COURT

| Plaintiff<br>Walter Machado et al.<br>v.<br>Jeremy Wood et al.<br>**Defendant** | **Civil Action File Number**<br>PC-2021-07406 |
|---|---|

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, KLLM Transport Services, LLC., by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person of suitable age and discretion _____
   Address of dwelling house or usual place of abode _____
   _____
   Age _____
   Relationship to the Defendant _____

☒ With an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _Lisa Antonaccio_  Lisa Antonaccio  12-10-21
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
   _____

☐ With a guardian or conservator of the Defendant.
   Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
   Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND
## SUPERIOR COURT

Upon a private corporation, domestic or foreign:
☐ By delivering said papers to an officer or a managing or general agent.
  Name of person and designation _____
☐ By leaving said papers at the office of the corporation with a person employed therein.
  Name of person and designation _____
☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
  _____

☐ I was unable to make service after the following reasonable attempts: _____

SERVICE DATE: 12/10/2021   SERVICE FEE $ 46
             Month Day Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE _____ Lic #6026

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

Signature _____

State of _____
County of _____

On this _____ day of _____, 20___, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)

Jhf  02-10-17

| | |
|---|---|
| STATE OF RHODE ISLAND<br>PROVIDENCE, SC | SUPERIOR COURT |

WALTER MACHADO et al.      )
                           )
         VS.               )      C.A.NO: PC-2021-07406
                           )
JEREMY WOOD et al.         )

## NOTICE OF SERVICE PURSUANT TO R.I.G.L. §31-7-7

    Now comes Stephen M. Rappoprot, Esquire, and being under oath, does hereby swear and state as follows:

1.    That I am the attorney for the Plaintiff(s) in the above-entitled action.

2.    That on December 10, 2021, I caused a copy of the attached Summons and Complaint in the above-entitled matter to be served along with the statutory fee of Five ($5.00) Dollars on the Administrator of the Division of Motor Vehicles, or in his or her office on someone acting on his or her stead as the Administrator of the Division of Motor Vehicles.

3.    I make this Affidavit in Compliance with R.I.G.L. §31-7-7(b).

                                                                                         _____
                                                                                          Stephen M. Rappoport, Esq. #1250

State of Rhode Island
County of Providence

    Subscribed and sworn to before me this 14th day of December, 2021.

                                                                                Notary Public
                                                                                Print Name: JODIE H Federowicz
                                                                                My Commission Expires:

Jhf 12-08-21

| | |
|---|---|
| STATE OF RHODE ISLAND<br>PROVIDENCE, SC | SUPERIOR COURT |

WALTER J. MACHADO and )
KATHY MACHADO )
)
VS. ) C.A.NO: PC-2021- 07406
)
JEREMY WOOD, Alias John Doe and )
KLLM TRANSPORT SERVICES, LLC, )
Alias ABC Limited Liability Company )

# COMPLAINT

Now come the Plaintiffs in the above-entitled cause and allege and say:

1. That the Plaintiffs Walter J. Machado and Kathy Machado are residents of the Town of Bristol, County of Providence, State of Rhode Island and are husband and wife at all times relevant hereto.

2. That the Defendant Jeremy Wood is a resident of the Town of Wesson, Copiah and Lincoln Counties, State of Mississippi over whom the State of Rhode Island may exercise its jurisdiction for the purpose of this claim pursuant to R.I.G.L. §31-7-6 as a non-resident who owned and/or operated a motor vehicle on a public highway in the State of Rhode Island.

3. That the KLLM Transport Services, LLC, Alias ABC Limited Liability Company (hereinafter referred to as "KLLM") is a limited liability company organized and existing under the laws of the State of Mississippi over whom the State of Rhode Island may exercise its jurisdiction for the purpose of this claim pursuant to R.I.G.L. §31-7-6 as a non-resident who owned and/or operated a motor vehicle on a public highway in the State of Rhode Island.

4. That on or about January 23, 2019 Plaintiff Walter J. Machado operated a motor vehicle in a northerly direction on Route 95 North just north of Service Avenue, a public highway in the City of Warwick, County of Kent, State of Rhode Island.

5. That at the same time and place Defendant Jeremy Wood negligently operated a tractor trailer owned by Defendant KLLM and as a result of said negligence, Defendants' tractor trailer struck Plaintiff's motor vehicle causing Plaintiff's motor vehicle to spin and strike the center concrete barrier with the passenger side of his vehicle.

6. That at all times relevant herein, Plaintiff Walter J. Machado was in the exercise of due care.

7. That as a direct and proximate result of Defendants Jeremy Wood and KLLM's negligence, Plaintiff Walter J. Machado sustained severe injuries and has suffered great pain of body and mind, Plaintiff has expended great sums of money for the medical care and treatment of said injuries, suffered a loss of earning capacity and Plaintiff Walter J. Machado has suffered great other damage and Plaintiff Kathy Machado has suffered a loss of her husband's consortium, services, society, affection, companionship, and relations, and both Plaintiffs have suffered other great damage.

8. That the amount claimed is sufficient to establish jurisdiction in the Superior Court.

WHEREFORE, Plaintiffs demand judgment against Defendants Jeremy Wood, Alias John Doe and KLLM Transport Services, LLC, Alias ABC Limited Liability Company, plus interest and costs.

Plaintiffs,

By their attorney,

Stephen M. Rappoport, Esq. #1250
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (fax)
rap@rdclegal.com

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that on the 9th day of December, 2021, I filed this document electronically and it is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

Jodie H. Federowicz

Jhf  12-08-21

| | |
|---|---|
| STATE OF RHODE ISLAND<br>PROVIDENCE, SC | SUPERIOR COURT |

WALTER J. MACHADO and )
KATHY MACHADO )
)
VS. ) C.A.NO: PC-2021-
)
JEREMY WOOD, Alias John Doe and )
KLLM TRANSPORT SERVICES, LLC, )
Alias ABC Limited Liability Company )

## DEMAND FOR JURY TRIAL

Now come the Plaintiffs in the above-entitled matter and hereby demand a trial by jury.

Plaintiffs,

By their attorney,

_____
Stephen M. Rappoport, Esq. #1250
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (fax)
rap@rdclegal.com

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that on the 9th day of December, 2021, I filed this document electronically and it is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

_____
Jodie H. Federowicz